# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

RICARDO APOLINARIO
                    Plaintiff(s),

            v.

UNITED HEALTHCARE WORKERS-
WEST, SERVICE EMPLOYEES
INTERNATIONAL UNION CTW, CLC;
SETON MEDICAL CENTER; AND DOES
ONE THROUGH TWENTY FIVE
                    Defendant(s).

CASE NO. CV 13-4219 VC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐   Non-binding Arbitration (ADR L.R. 4)
☐   Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☒   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐   Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
☐   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

☒   other requested deadline October 15, 2014 _____

Dated: July 7, 2014 _____

/s/ CURTIS G. OLER
Attorney for Plaintiff
RICARDO APOLINARIO

American LegalNet, Inc.
www.FormsWorkFlow.com

Dated: July 7, 2014 _____     /S/ PATRICIA M. DESANTIS _____
                                                  Attorney for Defendant
                                                  SETON MEDICAL CENTER

Dated: July 7, 2014 _____     /S/ BRUCE HARLAND _____
                                                  Attorney for Defendant
                                                  UNITED HEALTHCARE
                                                  WORKERS-WEST, SERVICE
                                                  EMPLOYEES INTERNATIONAL
                                                  UNION CTW, CLC

CONTINUE TO FOLLOWING PAGE



[PROPOSED] ORDER

☒  The parties' stipulation is adopted and IT IS SO ORDERED.
☐  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: July 9, 2014

_____

UNITED STATES        JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket
Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

LA 11141460v1

American LegalNet, Inc.
www.FormsWorkFlow.com