UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO APOLINARIO,<br><br>    Plaintiff,<br><br>    v.<br><br>SETON MEDICAL CENTER,<br><br>    Defendant. | 13-cv-04219-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case against one defendant with prejudice and having granted the remaining defendant's motion for judgment on the pleadings, now enters judgment in favor of defendants and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: September 25, 2014

_____
VINCE CHHABRIA
United States District Judge